

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00152-CV

**LIGHTNING OIL COMPANY**,
Appellant

v.

**ANADARKO E&P ONSHORE, LLC**
f/k/a Anadarko E&P Company, LP,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-01-12171-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. It is ORDERED that costs of appeal be assessed against appellant Lightning Oil Company.

SIGNED October 29, 2014.

_____
Rebeca C. Martinez, Justice